IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE JUDICIAL BRANCH OF PUBLIC POWER, ADMINISTRATIVE COURT OF ANTIOQUIA, MEDELLIN COLUMBIA**<br><br>IN THE MATTER OF *ROBERTO ALONSO JIMENEZ CARDONA V. UNIVERSIDAD DE ANTIOQUIA* | **8:24CV167**<br><br>*EX PARTE* **ORDER** |

    The United States of America submitted its Application for Order, pursuant to 28 U.S.C. § 1782(a), to execute a Letter of Request from judicial authorities in Colombia for international judicial assistance to obtain certain information and records from the University of Nebraska at Lincoln. (Filing No. 1).

    WHEREAS, the United States, by its counsel, on behalf of the Judicial Branch of Public Power, Administrative Court of Antioquia, Medellin, Colombia, ("Columbian Court") in the matter of *Roberto Alonso Jimenez Cardona v. Universidad De Antioquia*, Foreign Reference Number 05001 23 33 000 2017 01509 00, through its Application pursuant to 28 U.S.C. § 1782(a), is seeking to obtain certain information and records from the University of Nebraska at Lincoln, for use in connection with a judicial proceeding in the Columbian Court; and

    WHEREAS upon review of the Letter of Request issued by the Columbian Court, in the matter of *Roberto Alonso Jimenez Cardona v. Universidad De Antioquia*, seeking information and documents from the University of Nebraska at Lincoln who may be found within the jurisdiction of this Court for use in said judicial proceedings in Colombia, and the Court being fully informed in the premises,

    **NOW THEREFORE, it is ORDERED AND ADJUDGED**, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure, that the United States' Application (Filing No. 1) is granted, and Timothy R. Hook, Assistant United States Attorney for the District of Nebraska, hereby is appointed Commissioner of

this Court, to obtain by subpoena the requested evidence from the University of Nebraska at Lincoln for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the Columbian Court in the matter of R*oberto Alonso Jimenez Cardona v. Universidad De Antioquia*; Foreign Reference Number 05001 23 33 000 2017 01509 00, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

**IT IS FURTHER ORDERED** that the United States Attorney's Office shall provide the University of Nebraska with a copy of this Order with the Commissioner's Subpoena.

Dated this 14th day of May, 2024.

BY THE COURT:

_____
Michael D. Nelson
United States Magistrate Judge